**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES FOR THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
CARPENTER CONTRACTOR ALLIANCE OF
METROPOLICAN NEW YORK, and of NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,

   -against-

CORNERSTONE CARPENTRY LIMITED
d/b/a CORNERSTONE CARPENTRY,
       Respondent.
------------------------------------------------------------X

19 **CIVIL** 10801 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 31, 2020, the Award is confirmed in favor of petitioners and judgment is entered in the amount of $26,090.02, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
    January 31, 2020

            **RUBY J. KRAJICK**
            **Clerk of Court**
     BY:
            **Deputy Clerk**